**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREAT AMERICAN INSURANCE COMPANY, )
    Plaintiff, )
     )
v. )    Case No. 19-CV-6894
SMILE TRANS CORP. an Illinois Corporation, )
And ANDRIY IHNATENKO )
    Defendants. )

## SATISFACTION
## RELEASE OF JUDGMENT

Great American Insurance Company, the Plaintiff/Judgment Creditor, having received full satisfaction and payment, releases the Judgment entered against SMILE TRANS CORP., an Illinois Corporation, and ANDRIY IHNATENKO on December 6, 2019 for $150,000. This release releases the memorandum of Judgment recorded in Will County, Illinois on January 7, 2020 as Doc # 2020001372.

Dated: June 30, 2026

                                            Great American Insurance Company

By_____
Prithvi Bhaskar
Divisional Assistant Vice President

Approved___ /s/ *William S. Piper*
        Attorney of Record
        Law Office of T. Scott Leo PC
        100 N. LaSalle St. Suite 514
        Chicago Illinois 60602
        312-857-0910

## ORDER

On the Court's own motion and having been presented with a signed Satisfaction and Release of Judgment previously entered by the Court in this matter, it is ordered pursuant to 735 ILCS 5/12-183 the judgment heretofore entered by the Court in this matter is vacated and held for naught.

Dated:_____        Entered:_____
                                                          Judge

1